No. 98–6352. BRENNAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6357. HODGES v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–6360. DAVIS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 98–6382. BRUMLEY v. GHEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–6387. SUMTER v. SAYBOLT, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6390. WISE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–6396. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6401. LACOURSE v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 98–6406. GIATAS v. DIMITRI ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–6413. ADAMS v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–6432. SPRINKLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6435. SLUSAR v. DALKON SHIELD CLAIMANTS TRUST. C. A. 11th Cir. Certiorari denied.

No. 98–6446. WILSON v. GHEE. Sup. Ct. Ohio. Certiorari denied.

No. 98–6453. NALL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.